UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: RONALD R. SROKA                    §         Case No. 09-75781
       SANDRA L. SROKA                    §
                                          §
                                          §
               Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the
administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 12/31/2009.

2) The plan was confirmed on 04/16/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on
   NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan
   on NA.

5) The case was completed on 07/19/2013.

6) Number of months from filing or conversion to last payment: 42.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $86,070.00.

10) Amount of unsecured claims discharged without full payment: $32,893.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 76,263.00 | |
| Less amount refunded to debtor | $ 414.15 | |
| **NET RECEIPTS** | | $ 75,848.85 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,200.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 4,280.67 |
| Other | $ 0.00 |

| | |
|---|---|
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,480.67 |

| | |
|---|---|
| Attorney fees paid and disclosed by debtor: | $ 1,300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,200.00 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 12,523.00 | 9,512.80 | 9,512.80 | 9,512.80 | 0.00 |
| MCHENRY COUNTY TREASURER | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ROADLOANS.COM | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Sec | 18,200.00 | 15,170.97 | 15,170.97 | 15,170.97 | 0.00 |
| WELLS FARGO FINANCIAL | Sec | 0.00 | 219,485.46 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 13,080.00 | 18,960.86 | 18,960.86 | 18,960.86 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,661.52 | 1,661.52 | 1,661.52 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Pri | 763.00 | 668.12 | 668.12 | 668.12 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Uns | 0.00 | 96.20 | 96.20 | 96.20 | 0.00 |
| ADVANCE AUTO | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES | Uns | 52.00 | 0.00 | 34.13 | 34.13 | 0.00 |
| ALLIANCE ONE | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 3,396.00 | 3,984.31 | 3,984.31 | 3,984.31 | 0.00 |
| ANESTHESIA ASSOCIATES | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| ARLINGTON COUNTY TREASURER | Uns | 65.00 | 65.00 | 65.00 | 65.00 | 0.00 |
| BARRINGTON CARDIOLOGY | Uns | 2,250.00 | NA | NA | 0.00 | 0.00 |
| BRIGHT LIGHT RADIOLOGY | Uns | 1,026.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BRISTO WEST INS | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,283.00 | NA | NA | 0.00 | 0.00 |
| CARPENTERS LOCAL | Uns | 202.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 2,254.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BALTIMORE | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| CITY OF BALTIMORE | Uns | 279.00 | NA | NA | 0.00 | 0.00 |
| COLLECT AMERICA | Uns | 680.00 | NA | NA | 0.00 | 0.00 |
| COMCAST - CHICAGO SECONDS - | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 473.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Uns | 37.00 | NA | NA | 0.00 | 0.00 |
| CVS PHARMACY | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| DISTRICT OF COLUMBIA | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| DISTRICT OF COLUMBIA | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| DISTRICT OF COLUMBIA | Uns | 585.00 | NA | NA | 0.00 | 0.00 |
| DOUGLAS COLTHURST DDS | Uns | 879.00 | 879.21 | 879.21 | 879.21 | 0.00 |
| DR. BRADLEY SCHNACK | Uns | 341.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 526.00 | 546.50 | 546.50 | 546.50 | 0.00 |
| GARY MAGEE MFH | Uns | 123.00 | NA | NA | 0.00 | 0.00 |
| GASTROENTEROLOGY | Uns | 283.00 | NA | NA | 0.00 | 0.00 |
| GEICO INSURANCE | Uns | 4,664.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN EMERGENCY | Uns | 37.00 | NA | NA | 0.00 | 0.00 |
| GREGORY KUBICK LTD | Uns | 137.00 | 137.00 | 137.00 | 137.00 | 0.00 |
| HOBBY LOBBY | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| HOBBY LOBBY | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 639.00 | 639.54 | 639.54 | 639.54 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 3,321.00 | 2,952.00 | 2,952.00 | 2,952.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 282.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Uns | 211.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 10,574.00 | 8,241.32 | 7,871.27 | 7,871.27 | 0.00 |
| IPC | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| IRS | Uns | 1,132.00 | NA | NA | 0.00 | 0.00 |
| JOHN ALBANESE MD | Uns | 355.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SVCS | Uns | 108.00 | NA | NA | 0.00 | 0.00 |
| KENNETH TOTH MD | Uns | 137.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LONG GROVE FIRE | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| MARSHALLS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| MAURICES | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| MAURICES | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| MAURICES | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGIST | Uns | 162.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGIST | Uns | 662.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS | Uns | 820.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY TOWNSHIP FIRE | Uns | 455.00 | NA | NA | 0.00 | 0.00 |
| MEIJER INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CENTER | Uns | 389.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC | Uns | 97.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIVERSIFIED SERVICE | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 1,223.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASH | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 137.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 652.00 | 676.37 | 676.37 | 676.37 | 0.00 |
| NICOR GAS | Uns | 669.00 | 658.40 | 658.40 | 658.40 | 0.00 |
| NORTHWEST SUBURBAN COMM | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC & SPINE | Uns | 423.00 | NA | NA | 0.00 | 0.00 |
| PLS LOAN STORE | Uns | 3,682.00 | NA | NA | 0.00 | 0.00 |
| ROSATIS | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| SARAH BUSH HOSPITAL | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| SHERYL BALKIN MD | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| SOUTH ELGIN FIRE PROTECTION DI | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| NCO PORTFOLIO MANAGEMENT | Uns | 689.00 | 689.10 | 689.10 | 689.10 | 0.00 |
| SUBURBAN SURGICAL | Uns | 234.00 | NA | NA | 0.00 | 0.00 |
| TCF BANKING & SAVINGS | Uns | 524.00 | NA | NA | 0.00 | 0.00 |
| TCF BANKING & SAVINGS | Uns | 1,207.00 | NA | NA | 0.00 | 0.00 |
| THE GERBER GROUP | Uns | 242.00 | NA | NA | 0.00 | 0.00 |
| THE GERBER GROUP | Uns | 1,025.00 | NA | NA | 0.00 | 0.00 |
| ULTA SALONS | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| UNITED STATES POSTAL SERVICE | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| WELLINGTON RADIOLOGY GROUP | Uns | 108.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WHITE HOUSE | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| WOODMANS CARPENTERSVILLE | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WOODRIDGE | Uns | 70.00 | 70.00 | 70.00 | 70.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 0.00 | 1,062.00 | 1,062.00 | 1,062.00 | 0.00 |
| AMERICASH INSTALLMENT LOASN | Uns | 0.00 | 3,032.88 | 3,032.88 | 3,032.88 | 0.00 |
| DR DENNIS BRIGHTWELL | Uns | 335.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 15,170.97 | $ 15,170.97 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 15,170.97 | $ 15,170.97 | $ 0.00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 19,628.98 | $ 19,628.98 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 19,628.98 | $ 19,628.98 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 34,568.23 | $ 34,568.23 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 6,480.67 |
| Disbursements to Creditors | $ 69,368.18 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 75,848.85 |

UST Form 101-13-FR-S (9/1/2009)

     12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>11/21/2013</u>       By:  <u>/s/ Lydia S. Meyer</u>
                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)